(Opinion filed May 24, 1886.)

R. H. PAUL, Appellant, v. E. O. SHAW, Respondent. (Civil No. 173.)

Earll, Campbell and Stephens, and Haynes, Styles and H. R. Jeffords, for Appellant.

King and Dungan, for Respondent.

July 9, 1886. Dismissed on stipulation.

EX PARTE: IN THE MATTER OF IGNACIO GONZALES, Petitioner. (Civil No. 157.)

APPLICATION for writ of *habeas corpus*. Appeal from the District Court of the First Judicial District in and for the County of Cochise.

G. Gordan Adam, for Petitioner.

W. H. Savage, Dist. Atty., and Clark Churchill, Atty. Gen., for Respondent.

July 9, 1886. Writ dismissed and prisoner remanded.

S. R. DeLONG, Appellant, v. CHARLES F. HINE et al., Respondents. (Civil No. 140.)

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

Earll and Smith, and Campbell and Stephens, for Appellant.

Thomas Mitchell, for Respondents.

July 9, 1886. Affirmed.